

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-21-00315-CR

Kip **BRENCHLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 598744
Honorable John Longoria, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 6, 2021.

_____
Patricia O. Alvarez, Justice